Michael H. Myers
State Bar No. 24032779
John T. Wilson
State Bar No.   24008284
MYERS WILSON P.C.
16610 Dallas Parkway
Suite 2000
Dallas, Texas 75248
Telephone: (972) 248-8080
Facsimile: (972) 248-8088

**ATTORNEYS FOR OPPORTUNITY BANK, N.A.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DRINKS UNIQUE, INC. | § | CASE NO. 10-40196 |
| | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**NOTICE OF ENTRY OF APPEARANCE PURSUANT TO FED. R. BANKR. P. 9010(b),
REQUEST FOR COPIES PURSUANT TO FED. R. BANKR. P. 2002(a) AND (b) AND
<u>PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)</u>**

**PLEASE TAKE NOTICE** that the undersigned and the law firm of MYERS WILSON P.C., in accordance with Fed. R. Bankr. P. 9010(b), hereby enter their appearance as counsel for **OPPORTUNITY BANK, N.A.**, and request that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

> Michael H. Myers
> John T. Wilson
> **MYERS WILSON P.C.**
> 16610 Dallas Parkway, Suite 2000
> Dallas, Texas 75248

This request encompasses all notices, copies of pleadings referred to in § 1109(b) of Title 11, United States Code, or in Fed. R. Bankr. P. 2002, 3017, or 9007, including, without limitation,

notices of any order, motions, demand, complaints, petitions, pleadings or requests, applications and any other documents brought before this court in this proceeding, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects or seeks to affect the above case or affects or seeks to affect the above-captioned proceeding.

Dated: January 26, 2010

> Respectfully submitted,
> **MYERS WILSON P.C.**
>
> By: __/S/Michael H. Myers_____
> Michael H. Myers
> State Bar No. 24032779
> John T. Wilson
> State Bar No.   24008284
> 16610 Dallas Parkway
> Suite 2000
> Dallas, Texas   75248
> Telephone No. (972) 248-8080
> Telecopier No. (972) 248-8088
>
> **ATTORNEYS FOR OPPORTUNITY BANK, N.A.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was served on January 27, 2010 by United States Mail, First Class, Postage Prepaid, to Mr. Christopher J. Moser of Quilling, Selander, Cummiskey & Lownds at 2001 Bryan Street, Suite 1800, Dallas, Texas   75201-3005; to the Office of the United States Trustee at 110 North College Avenue, Suite 300, Tyler, Texas   75242-1496, and to each individual/entity listed on the attached service list.

> _____/S/Michael H. Myers____
> Michael H. Myers